# Third District Court of Appeal
## State of Florida

Opinion filed July 9, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0575
Lower Tribunal No. 24-21027-FC-04
_____

**Jermaine Clarke,**
Appellant,

vs.

**Shaneika Downer,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Veronica A. Diaz, Judge.

Lowry Legal, LLC and Mark S. Lowry (Fort Lauderdale), for appellant.

No appearance, for appellee.

Before SCALES, C.J., and MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.